USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/09/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Krystle M. Tilford,

Petitioner,

-v-

Merit Systems Protection Board,

Defendant.

26-cv-1433 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a conference in this action on November 9, 2026. This Order memorializes the rulings made at that conference.

By way of background, Petitioner Krystle M. Tilford ("Petitioner") appealed her termination from the United States Postal Service ("USPS") to the Merit Systems Protection Board ("MSPB"). On February 13, 2024, the MSPB dismissed her appeal for lack of jurisdiction, *see* Dkt. No. 1 at 63–66, and Petitioner appealed the MSPB's dismissal to the United States Court of Appeals for the Federal Circuit (the "Federal Circuit"). On February 9, 2026, the Federal Circuit concluded that it lacked jurisdiction over the appeal because it was a "mixed-case appeal[]" involving discrimination claims. *See Tilford v. Merit Sys. Prot. Bd.*, 2026 WL 350820, at *1 (Fed. Cir. Feb. 9, 2026). The Federal Circuit therefore transferred the case to this Court.

Because Petitioner intends to assert claims for workplace discrimination against USPS, Petitioner is directed to file an amended complaint that complies with Rule 8 of the Federal Rules of Civil Procedure.

First, Petitioner must name as the defendants in the caption[1] and in the statement of claim USPS and any other individuals or entities who were allegedly involved in the discrimination she experienced. Second, in a "statement of claim" section, Petitioner must provide a short and plain statement of the relevant facts supporting each claim against each defendant. Petitioner should include all of the information in the amended complaint that Petitioner wants the Court to consider in deciding whether the amended complaint states a claim for relief. That information should include:

a. the names and titles of all relevant entities and people;

b. a description of all relevant events, including what each defendant did or failed to do, the approximate date and time of each event, and the general location where each event occurred;

c. a description of the injuries Petitioner suffered; and

d. the relief Petitioner seeks, such as money damages, injunctive relief, or declaratory relief.

Essentially, Petitioner's amended complaint should tell the Court: who violated her federally protected rights and how; when and where such violations occurred; and why she is entitled to relief. Once Plaintiff files an amended complaint, that pleading will replace Plaintiff's prior filings before the Federal Circuit as the operative pleading pursuant to which this case will precede.

As agreed at the conference, Petitioner shall file her amended complaint by December 21, 2026, either by mailing it to Daniel Patrick Moynihan Courthouse; Pro Se Intake Unit; 500 Pearl

---

[1] The caption is located on the front page of the complaint. Each individual defendant must be named in the caption. Any defendants named in the caption must also be discussed in Petitioner's statement of claim.

Street, Room 205; New York, NY 1007, or by using the online pro se document submission portal.[2] In drafting an amended complaint, Petitioner might consider the resources provided by the Federal Pro Se Legal Assistance Project (https://www.nysd.uscourts.gov/attorney/legal-assistance). Petitioner might also want to consent to electronic service, which would allow her to receive any filings made in this case through email. To do so, Petitioner should file on the docket the "Consent to Electronic Service" form available on the Court's pro se website (https://www.nysd.uscourts.gov/prose).

Within two weeks of Petitioner filing her amended complaint, counsel for the Government shall notify the Court whether USPS will accept service of process based on the electronic filing of the amended complaint.

The Court will hold a conference on January 28, 2027, at 2:00 p.m. to discuss next steps.

SO ORDERED.

Dated: November 9, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge

[2] The Southern District of New York intends to launch a new portal later this month that will allow pro se litigants to file documents online. It will be accessible from the Court's website.